IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STACY ROBIN WILLIAMS, JR.                                                    PLAINTIFF

v.                                    Case No. 1:22-cv-1055

SERGEANT CHARLES ELLIS                                                       DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  After screening the 42 U.S.C. § 1983 claims in the complaint, Judge Bryant recommends that Plaintiff's official capacity claim against Defendant be dismissed without prejudice and that Plaintiff's individual capacity claim against Defendant be allowed to proceed.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*.  Accordingly, Plaintiff's § 1983 official capacity claim against Defendant is hereby **DISMISSED WITHOUT PREJUDICE**.  Plaintiff's § 1983 individual capacity claim against Defendant may proceed.

**IT IS SO ORDERED**, this 24th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge